UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Yehuda Alter, dba Avenues
A Recovery Community,

       Plaintiff,

v.

Avenues Recovery, LLC,
A Minnesota Limited Liability
Company, and Julie Kay Hooker,

       Defendants.

Civil Action No. 22-00570 (PJS/BRT)

JURY TRIAL DEMANDED

---

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Yehuda Alter, dba Avenues A Recovery Community ("Avenues") and Defendants Avenues Recovery, LLC ("AR"), and Julie Kay Hooker ("JH"), by and through their respective counsel, file this Joint Stipulation for Dismissal and stipulate and agree as follows:

Avenues, AR, and JH have settled this case. As part of their confidential settlement agreement, the parties have jointly agreed that the instant proceedings shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a), and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:   June 24, 2022

/s/Peter M. Kohlhepp
Peter M. Kohlhepp (#0390454)
**CARLSON CASPERS, VANDENBURGH &
LINDQUIST, P.A.**
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
pkohlhepp@carlsoncaspers.com

Gregory M. Krakau (*admitted pro hac vice*)
**KRAKAU LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 936-2400
Facsimile: (415) 936-2401
greg@krakaulaw.com

*Attorneys for Plaintiff Yehuda Alter, dba
Avenues A Recovery Community*

/s/Jared M. Goerlitz
Jared M. Goerlitz (#386714)
jgoerlitz@goerlitzlaw.com
P.O. Box 25194
7595 Currell Blvd
St. Paul, MN 55125
Phone: (6561) 237-3494

*Attorney for Defendants*

2