UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

YEHUDA ALTER, d/b/a AVENUES
A RECOVERY COMMUNITY,

Plaintiff,

v.

AVENUES RECOVERY, LLC,
A MINNESOTA LIMITED LIABILITY
COMPANY, and JULIE KAY HOOKER,

Defendants.

Case No. 22-CV-0570 (PJS/BRT)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on June 24, 2022

[ECF No. 16],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.

Dated: June 24, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge